UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| In Re: SHANNON MAUREEN SMITH | Case No. 16-33837-rld13 |
|---|---|
| Debtor. | OBJECTION TO CONFIRMATION AND MOTION TO DISMISS |

The United States of America, a creditor herein, acting by and through its undersigned counsel, objects to confirmation of the debtors' plan and moves the court for an order dismissing this case, for the following reasons:

1. The Internal Revenue Service (IRS) has searched its records and found no record of the filing of certain returns, as follows:

| Year/Period | Form/Type of Tax |
|---|---|
| 2015 | 1040 |

2. All returns required for pre-petition periods must be filed prior to plan confirmation. The United States objects to confirmation of the plan until the required returns are filed, and for at least 30 days thereafter, so the IRS may properly determine the amount and status of any tax claims and whether the plan provides proper treatment. For filing, all returns should be sent to:

Internal Revenue Service
M/S O240
1220 SW Third Ave, Suite G-044
Portland, Oregon 97204-2871

Dated:   11/08/2016            /s/ Kathleen L. Bickers
                               KATHLEEN L. BICKERS, OSB # 85151
                               kathleen.bickers@usdoj.gov
                               Assistant United States Attorney
                               1000 SW 3rd Ave., Ste. 600
                               Portland, Oregon 97204
                               Tel. No. (503) 727-1060

NOTICE OF HEARING

NOTICE IS HEREBY GIVEN THAT the hearing on the above objection and motion will be held at the confirmation hearing scheduled by the court.

Dated:   11/08/2016            /s/ Kathleen L. Bickers
                               KATHLEEN L. BICKERS, OSB # 85151
                               Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing OBJECTION TO CONFIRMATION AND MOTION TO DISMISS was made on 11/08/2016, by mailing a true copy addressed to the following, except those designated as receiving ECF notice, who will be served electronically by ECF:

| ODR Bkcy | Harold T Gable, DMD | Jane B. Gable |
|---|---|---|
| 955 Center St NE | POB 2379 | POB 2379 |
| Salem OR 97301-2555 | Gearhart OR 97138-2379 | Gearhart OR 97138-2379 |
| Creditor, | Creditor, | Creditor, |

Mike Scott, Attorney for Creditor U.S. Bank Trust, N.A.        ECF Only
Christopher N. Coyle, Attorney for Debtor                      ECF Only
Wayne Godare, Trustee                                          ECF Only
US Trustee, Portland,                                          ECF Only

Dated:   11/08/2016            /s/ Kathleen L. Bickers
                               KATHLEEN L. BICKERS, OSB # 85151
                               Assistant United States Attorney